Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

## STATUS REPORT - CASE #6:21-bk-16432-SY  AS OF 3/31/2023

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 03/01/23 | $1,191.00 | 03/2023 | $1,191.00 |
| 01/30/23 | $1,191.00 | 02/2023 | $0.00 |
| 01/04/23 | $1,191.00 | 01/2023 | $2,382.00 |
| 12/01/22 | $1,191.00 | 12/2022 | $1,191.00 |
| 10/31/22 | $1,191.00 | 11/2022 | $0.00 |
| 09/28/22 | $1,191.00 | 10/2022 | $1,191.00 |
| 08/29/22 | $1,191.00 | 09/2022 | $1,191.00 |
| 08/01/22 | $1,191.00 | 08/2022 | $2,382.00 |
| 07/05/22 | $1,191.00 | 07/2022 | $1,191.00 |
| 05/23/22 | $1,191.00 | 06/2022 | $0.00 |
| 04/25/22 | $1,191.00 | 05/2022 | $1,191.00 |
| 03/28/22 | $1,191.00 | 04/2022 | $1,191.00 |

ARNEL A ILOG
780 COTTONWOOD ST
CORONA, CA  92879

CURRENT CASE DISPOSITION: **ACTIVE**

| | | | |
|---|---|---|---|
| FILING DATE: | 12/29/2021 | MONTHLY PLAN PMT AMT: $1,191.00 | FEES PAID TO ATTY: $3,500.00 |
| 1ST MEETING DATE: | 02/09/2022 | GROSS RECEIPTS: $16,674.00 | FEES PAID TO TRUSTEE: $940.88 |
| CONFIRMATION DATE: | 03/15/2022 | REFUNDS FR CREDITORS: $0.00 | REFUNDS TO DEBTOR: $0.00 |
| TERM OF PLAN: | 60 MONTHS | NET PAID CREDITORS: $12,226.22 | BALANCE ON HAND: $6.90 |
| PERCENT TO UNSEC.: | 100.00% | | |

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | LAW OFFICES OF PAUL Y LEE | ATTORNEY FEE | N/A | $3,500.00 | $3,500.00 | $3,500.00 | $0.00 | $0.00 |
| 0001 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | $2,932.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0002 | CHASE CARD SERVICES | UNSECURED | 0.00 | $5,849.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0003 | DISCOVER BANK | UNSECURED | 0.00 | $6,348.00 | $6,348.01 | $912.81 | $0.00 | $5,435.20 |
| 0004 | HOME DEPOT | UNSECURED | 0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0005 | ACCELERATED INVENTORY MGT, LL | UNSECURED | 0.00 | $18,402.00 | $18,401.09 | $2,645.97 | $0.00 | $15,755.12 |
| 0006 | MIDLAND CREDIT MANAGEMENT IN | UNSECURED | 0.00 | $2,376.00 | $2,376.89 | $341.78 | $0.00 | $2,035.11 |
| 0007 | MIDLAND CREDIT MANAGEMENT IN | UNSECURED | 0.00 | $2,039.00 | $2,039.80 | $293.30 | $0.00 | $1,746.50 |
| 0008 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $3,249.00 | $3,249.36 | $467.23 | $0.00 | $2,782.13 |
| 0009 | QUANTUM3 GROUP LLC AS AGENT | UNSECURED | 0.00 | $12,635.00 | $12,634.48 | $1,816.76 | $0.00 | $10,817.72 |
| 0010 | NATIONSTAR MORTGAGE LLC DBA | MORTGAGE ARREARS | 0.00 | $388,933.00 | $3,106.06 | $3,106.06 | $0.00 | $0.00 |
| 0011 | FRANCHISE TAX BOARD | PRIORITY | 0.00 | $2,500.00 | $1,325.71 | $1,325.71 | $0.00 | $0.00 |
| 0012 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | $3,000.00 | $701.39 | $701.39 | $0.00 | $0.00 |
| 0013 | LVNV FUNDING LLC | UNSECURED | 0.00 | $0.00 | $156.51 | $15.63 | $0.00 | $140.88 |
| 0014 | MIDLAND CREDIT MANAGEMENT IN | UNSECURED | 0.00 | $0.00 | $3,368.19 | $484.32 | $0.00 | $2,883.87 |
| 10012 | INTERNAL REVENUE SERVICE | UNSECURED | 0.00 | $0.00 | $801.59 | $115.26 | $0.00 | $686.33 |
| | | | | | **TOTAL PRINCIPAL BALANCE OWED*:** | | | **$42,282.86** |

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL .   IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.